AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: New Hampshire |
|---|---|
| Name (under which you were convicted): Marc Mallard | Docket or Case No.: |
| Place of Confinement: New Hampshire State Prison for Men | Prisoner No.: #94910 |
| Petitioner (include the name under which you were convicted) Marc Mallard  v. | Respondent (authorized person having custody of petitioner) Michelle Edmark, in her capacity as Warden of the New Hampshire State Prison for Men |
| The Attorney General of the State of: New Hampshire | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Merrimack Superior Court

   5 Court Street

   Concord, New Hampshire 03301

   (b) Criminal docket or case number (if you know): 217-2012-CR-00420

2. (a) Date of the judgment of conviction (if you know): 07/26/2013

   (b) Date of sentencing: 09/12/2013

3. Length of sentence: Maximum 10-20 years, stand committed, NH State Prison

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Simple Assault

   Criminal Threatening

   Second Degree Assault

   Second Degree Attempted Assault

6. (a) What was your plea? (Check one)
   - ☑ (1) Not guilty
   - ☐ (2) Guilty
   - ☐ (3) Nolo contendere (no contest)
   - ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court:   New Hampshire Supreme Court

(b) Docket or case number (if you know):   2013-0673

(c) Result:   Affirmed

(d) Date of result (if you know):   01/21/2015

(e) Citation to the case (if you know):   State v. Mallard, No. 2013-0673 (N.H. Jan. 21, 2015) (unrep.)

(f) Grounds raised:

(1) Trial court erred in giving a curative instruction to address a statement made by defense counsel in his closing argument; and

(2) Trial court erred in denying defendant's motion to dismiss three of the charges at the close of evidence.

(g) Did you seek further review by a higher state court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: **Merrimack Superior Court**

    (2) Docket or case number (if you know): **217-2012-CR-00420**

    (3) Date of filing (if you know): **07/14/2014**

    (4) Nature of the proceeding: **Sentence Reduction**

    (5) Grounds raised: **Seeking amended sentence to reflect those sentences imposed upon other defendants convicted of similar crimes.**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes ☐ No

    (7) Result: **Denied**

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): 08/04/2014

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: Merrimack Superior Court

    (2) Docket or case number (if you know): 217-2012-CR-00420

    (3) Date of filing (if you know): 02/05/2015

    (4) Nature of the proceeding: Motion for New Trial

    (5) Grounds raised:

    Ineffective assistance of counsel because (1) trial counsel agreed to improper curative instruction; and (2) trial counsel failed to cross-examine alleged victim about exculpatory evidence.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes  ☐ No

    (7) Result: Denied

    (8) Date of result (if you know): 06/02/2015

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: Merrimack Superior Court

    (2) Docket or case number (if you know): 217-2012-CR-00420

    (3) Date of filing (if you know): 07/13/2020

    (4) Nature of the proceeding: State Petition for Writ of Habeas Corpus

    (5) Grounds raised: Ineffective assistance of counsel due to trial counsel's explicitly racialized comment, accompanied by failure to object to State's racialized line of questioning or seek a curative measure and failure to request voir dire on racial bias.

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: Pending

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition: ☑ Yes   ☐ No
(3) Third petition:  ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Ineffetive assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr. Mallard's counsel at trial failed to put forth any effort to mitigate the presentation of racial stereotypes before an all-white jury. Defense counsel Attorney Barnes did not seek any voir dire questions regarding racial biases, both the prosecutor and Attorney Barnes injected unnecessary racial stereotypes into Mr. Mallard's trial and Mr. Attorney Barnes made no attempt to mitigate the presentation of such stereotype nor seek to neutralize existing implicit racial biases. During cross-examination, Attorney Barnes refered to Mr. Mallard as a "big menacing black guy."

(b) If you did not exhaust your state remedies on Ground One, explain why: A similar Petition for Writ of Habeas Corpus is pending in New Hampshire Superior Court. Mr. Mallard will request a Stay of proceedings related to this Petition while the State Petition is pursued.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

   (2) If you did not raise this issue in your direct appeal, explain why: Post-conviction counsel did not raise this as a potentially successful issue.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☑ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Petition for Writ of Habeas Corpus

   Name and location of the court where the motion or petition was filed: Merrimack Superior Court, 5 Court Street, Concord, NH 03301

   Docket or case number (if you know): 217-2012-CR-00420

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available): The Petition is currently Pending.

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No
   (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No
   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   The State Petition for Writ of Habeas Corpus is the only pending procedure I am using to exhaust my state remedies on Ground One.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes   ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☐ No

    (4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____
_____

**GROUND FOUR:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____
_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes    ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes   ☑ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Ground One has been presented in a pending Petition for Writ of Habeas Corpus in New Hampshire Superior Court and will be presented to the New Hampshire Supreme Court if the requested relief is denied. Mr. Mallard will move to Stay this proceeding until that process is completed.

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   No.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☑ Yes   ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   See 11(c). Petition for Writ of Habeas Corpus pending in Merrimack Superior Court, 5 Court Street, Concord, NH 03301, Case Number 217-2012-CR-00420, ineffective assistance of counsel issues identical to those raised herein.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Attorneys Brooksley Belanger, Gregory Albert, Timothy Landry, Amy Ashworth

(b) At arraignment and plea:   Attorneys Brooksley Belanger, Gregory Albert, Timothy Landry, Amy Ashworth

(c) At trial:   Attorney Theodore Barnes

(d) At sentencing:   Attorney Theodore Barnes

(e) On appeal:   Attorneys Adam Bernstein and Theodore Lothstein

(f) In any post-conviction proceeding:
Attorneys Donna Brown and Michael Eaton

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
See attached Memorandum of Law

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: <u>Grant this Petition and order Mr. Mallard's release from his unlawful imprisonment.</u>

or any other relief to which petitioner may be entitled.

                                          /s/ Donna J. Brown, NH Bar No. 387
                                                    Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the ~~prison mailing system~~ on   July 23, 2020   (month, date, year).

                                         e-filed by Attorney Brown

Executed (signed) on   7-22-2020   (date).

                                                       Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.