# EXHIBIT A

**LAMBERTSON**
**RECEIVED**
**JUN 19 2015**
**NORTHERN NH**
**CORRECTIONAL FACILITY**

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM      DATE: 6-11-15

FROM: Mallard          Marc                         ID #: 94910
      Last Name        First Name    Middle Initial

      Berlin           B             30
      Facility         Housing Unit  Cell          Work/Shift

**INMATE REQUEST:**

See Attached letter

Thank you

(If you need more space, use plain paper.)

                                                    _Inmate Signature_

TO: (Warden of Berlin)                              DATE: 6/10/15

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: See attached sealed envelop

                                                    _Staff Signature_

****************************************************************

FROM: Warden Young                                  DATE: 6/29/15
      Staff Member Name/Office

REMARKS: Mr. Mallard, I will share the content of this request with Classification @ NHSP-M as this request falls under their authority. If you would like to submit another request to explain your concerns regarding the law library @ NCF vs NHSP-M, we can direct it to the Division of Programs to look at. Respectfully, AK Young

                                                    _Staff Signature_

Received By _____
                                                    _Inmate Signature_

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06

(1)

RECEIVED 6-12-15

JUN 19 2015

NORTHERN NH
CORRECTIONAL FACILITY

Dear Warden,

I don't know if you remember me but we had a quick but pleasant encounter Thursday night (6-11-15) when you gave me the oppurtunity to speak with you. My name is inmate Marc Maillard #94910 and you told me to write you a request slip to remind you of the conversation we had pertaining to my concerns. First I want to think you for taking time out to listen to me then and now, I know your a busy women and I cant tell you how much I appreciate you looking into this matter. I don't know if you fully remember the content involving our conversation but I will briefly explain to you again the situation at hand. As we discussed before everybody has there own story of why they want or should be in Concord, I totally understand that concept but all I can do is focus on me and tell you my story.

If anybody is a good canidate to be moved to Concord from Berlin it's me, I am currently doing 20 plus years made up of consecutive sentence in New Hampshire state prison system so its fair to say this is my new home which Im sad to say. When your doing time like Im doing "COMFORTABILITY" and "ROUTINE" is really important mentally, spiritually, emotionally. A person in my position should have the first priviledges to take advantage of all the oppurtunities this prison system has to offer, and there are programs & oppurtunities that Concord has that Berlin doesnt have. Concord is made for people doing time by the way its designed being open & outside where as Berlin is closed & inside →

Concord has programs that Berlin doesn't offer and you can't get into a long term routine in Berlin whereas your limited in many aspects. People who are short term and don't need a routine or don't have to worry about getting comfortable should be condemned to Berlin, they have another chance to go home and see family or live life again so they can mentally with stand the limitations of Berlin.

I am not from New Hampshire and I have no family here, my family is located in Boston MA & Atlanta GA, its hard enough to get visits in Concord but I have and being in Berlin makes visits "IMPOSSIBLE". At least in Concord I'm subject to at least some visitation instead of none at all, and people who have short time don't worry about visits because there going home soon and people doing time do focus on this issue. When I last checked I was still human, I still had feelings, I do have family that wants to visit me but this is one of many limitations Berlin have against a person in my position.

Even though I was wrongfully convicted doesn't mean I excepted this as my fate, I'm in my law books as much as I can and this is one of the most important reasons I need to be in Concord because there legal research is 100% better than Berlin, I still have a chance to change this outcome and if I continue to work hard on my case I know justice will prevail in my favor which would give me my life back. This is the time I need to take advantage of this oppurtunity because I only have so many appeals and oppurtunitys to fight my case which I wont always have this chance down the road.

→

(3) The reason I was sent back was because a person who was a witness in my case son has came to prison and was sent to Concord, so the prosecutor of the case told the prison that they should seperate us because I might want to retaliate against the witnesses son. Since when does a court prosecutor has any say so on inmate or prison rules? To make matters worse this is pure speculation and there is no "Keep Away" on me from him or anybody for that matter, I have no intentions on doing nothing to this person who had "NO" involvement in my case, he is not responsible for what someone in his family has done. There is no legal or legit reason in the computer to force me to stay in Berlin, this kid doesn't have a keep away on me, nor does he have a issue with me and niether do I with him. If you ask him does he fear for his life he would respond "NO" and without going thru the right procedures to come to a conclusion we can't be in the same prison is "WRONG" "BIAS" and "UNJUSTIFIED" which is highly prejudice against me in multiple ways.

The kid name is "Curtis Massey" and you can talk to Lt. Berwick about this matter as we discussed; Mrs Goings Im a straight foward guy and I have a good reputation with the higher ranking staff and they will agree but all I ask is for your help so I may have the chance to fight for my freedom and worse case senerio at least your help will give me "Comfortability" and "Routine". I just want a fair shot at my appeal 2) Some visits from my family 3) To take advantage of programs Concord has to offer 4) To do my time as peaceful as possible, whatever you can do would greatly be appreciate!!! THANK YOU & GOD BLESS!!!

Respectfully Submitted