

**EXHIBIT B**

## GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. BOX 14
CONCORD, NEW HAMPSHIRE 03302

MARGARET W. HASSAN
GOVERNOR

**RECEIVED**

MAR 16 2015

NORTHERN NH
CORRECTIONAL FACILITY
WILLIAM L. WRENN
COMMISSIONER

2. GRIEVANT: _____
4. Address: _____
5. Brief Description of Grievance: _____

1. Date: _____
3. Number: _____

Signature: _____
(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To: **DIRECTOR** (Warden)      Date of Director's Action: _____

Director's Action: _____

Authentication: _____

To: **COMMISSIONER**      Date of Commissioner's Action: 3/18/15

Commissioner's Action: Your complaint is totally ambiguous. Your Grievance is denied.

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

(SGT)

RECEIVED
MAR 1 6 2015
NORTHERN NH
CORRECTIONAL FACILITY

This grievance is maintaining toward Sgt Dube, I already had prior run in's with this Sgt before recently, and the newest altercation involves him telling me his "Personal Opinion" on a matter that didn't involve him in any way. The opinion he said to me was highly "Bias" "Unprofessional" "Judgemental" and "Insulting" towards me, Since this isn't my first time having problems with this Sgt there is a tention between us and I only see this matter growing worse. I am very uncomfortable in my enviorment while being in this prison and I shouldn't have to live or do my time worrying about staff members when there is enough worrying about inmates. I am in fear of being targeted by this Sgt who has power to influence other staff members to do as he say or follow his beliefs, I am doing to much time to be going thru this with staff who is suppose to be protecting me not "Judging me" or "lieing on me" or "Targeting me" in any way. For the simple fact that this Sgt went to the point of telling me his "personal opinion" on a matter that he had no involvement in, not only did he disrespect me which he openly said in front of 2 other officers that was present who can confirm my statement he also said the same insult about me to my roomate. Since he is in power of being a Sgt he can give orders for other officers to target me so he doesn't get implicated or be involved in future incidents, I say this because I have seen it done before and after this grievance I fear the matter will get worst. To resolve this matter before things get out of hand whether its on my end or staff end I request to be moved to Concord away from this Sgt and another officer which I grieved in relations to this situation, I am highly concerned about my living enviorment since I have a conflict of interest with certain staff. I ask that you take this matter seriously for the simple fact ⟶

I know how I am and for the fact that staff has power to do what they want because I'm an inmate, I am not a disciplinary nct nor do I have "major" write-ups and I would like to keep it that way, so please take in consideration of my request to be moved to Concord.

Thank you for your time and God Bless!!!

Respectfully Submitted

[signature]

RECEIVED
MAR 16 2015
NORTHERN NH
CORRECTIONAL FACILITY