UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MARC MALLARD, ) | |
| ) | **Case No:** |
|     Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| MICHELLE EDMARK, ) | |
| IN HER CAPACITY AS ) | |
| WARDEN OF THE NEW HAMPSHIRE ) | |
| STATE PRISON FOR MEN ) | |
| ) | |
|     Respondent ) | |

## MOTION TO STAY DEADLINES

Marc Mallard, through counsel Wadleigh, Starr & Peters, P.L.L.C., hereby respectfully requests that this Court stay all deadlines and statutes of limitations pending order on his State Petition for Writ of Habeas Corpus.

As grounds for this motion, it is stated

1. On July 13, 2020, Mr. Mallard filed a State Petition for Writ of Habeas Corpus in New Hampshire Superior Court.

2. On this date, Mr. Mallard is filing a Federal Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 in the United States District Court District of New Hampshire.

3. Although the Respondent has not yet been served, Assistant Attorney General Elizabeth C. Woodcock does not object to the Stay to exhaust State remedies. Assistant Attorney General Woodcock does, however, reserve the right to object to any claim that the statute of limitations is equitably tolled.

WHEREFORE, for the above-stated reasons, Mr. Mallard respectfully requests that this Court stay all deadlines and statutes of limitations pending a ruling from the New Hampshire Superior Court on the State Petition.

                                                  Respectfully submitted,

                                                  Marc Mallard

                                                  By his attorneys,
                                                  Wadleigh, Starr & Peters, PLLC

Dated: July 23, 2020                                By: */s/ Donna J. Brown*
                                                      Donna J. Brown, Bar No. 387
                                                      Wadleigh, Starr & Peters, PLLC
                                                      95 Market Street
                                                      Manchester, NH  03101
                                                      (603) 669-4140

                                                      */s/ Michael G. Eaton*
                                                      Michael G. Eaton, Bar No. 271586
                                                      Wadleigh, Starr & Peters, PLLC
                                                      95 Market Street
                                                      Manchester, NH  03101
                                                      (603) 669-4140

## CERTIFICATION

I, Donna J. Brown, hereby certify that on this 23[nd] day of July 2020, a copy of the within Motion was filed through the Court's e-filing system.

                                                        */s/ Donna J. Brown*